UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MOTOROLA SECURITIES LITIGATION | Case No. 03 C 287 (RAP) |

## STIPULATION WITH REGARD TO DISCOVERY PRIOR TO TRIAL

WHEREAS, lead plaintiff, the State of New Jersey, Department of the Treasury, Division of Investment, has taken extensive discovery concerning the issues in this action.

WHEREAS, pursuant to agreement between the parties, lead plaintiff has been limited to 30 pre-trial merit depositions.

WHEREAS, the parties agree that there are more than 30 witnesses with at least some knowledge of facts relevant to the subject matter of the action.

WHEREAS, the parties desire to complete merits discovery pursuant to the District Court's October 18, 2005 scheduling order, by February 28, 2006, and lead plaintiff does not seek to take more than 30 pre-trial merit depositions at this time, but desires to avoid any prejudice to its interest if defendants call a witness at trial who will not be deposed.

WHEREAS, defendants Motorola Inc., et al., have served lead plaintiff with a notice to take the deposition of certain current or former officers or employees of lead plaintiff.

WHEREAS, defendants accept for present purposes plaintiff's assertion that certain of those witnesses are unlikely to have personal knowledge of material facts in dispute in this action and have agreed to defer conducting those depositions for the time being.

Doc 151405

WHEREAS, the current scheduling order requires the parties to file a final pre-trial order by November 30, 2006.

IT IS HEREBY AGREED by and between the parties to this action that:

1. In the event any party identifies in a pretrial order a witness who they intend to call on their behalf that has not already been deposed, the identifying party shall not object to the opposing party conducting that person's deposition prior to trial notwithstanding that that deposition will be conducted beyond the cut-off date for merits discovery and may exceed the 30-deposition limitation on depositions in this action.

2. The January 31, 2006 deadline for amending the pleadings in this case shall remain in full force and effect. Notwithstanding the foregoing, upon the filing of the Final Pretrial Order, the Consolidated Class Action Complaint, dated October 10, 2003 and the Answer dated October 8, 2004, shall be deemed amended to reflect the evidence contained in the Final Pre-Trial Order concerning what lead plaintiff expects to prove at trial in support of the claims contained in the Complaint as of January 31, 2006. The parties agree that the complaint is deemed amended to include an allegation that defendants' statements at the May 30-31, 2000 Motorola analysts' conference (annexed hereto as Exhibit A) and the August 1, 2000 Motorola analysts' conference (annexed hereto as Exhibit B) were materially false and misleading for the reasons already identified in the existing complaint. The parties further agree that the answer is deemed amended to deny the allegations with regard to the annexed statements.

ROBINSON CURLEY & CLAYTON, PC.

By: _____*Fay Clayton*_____
Fay Clayton
Carl T. Bergetz
Suite 1700
300 South Wacker Drive
Chicago, IL 60606
Tel: (312) 663-3100
Fax: (312) 663-0303

*Lead Plaintiff's Local Counsel*

WOLF POPPER LLP
Lester L. Levy
Robert C. Finkel
James A. Harrod
845 Third Avenue
New York, NY 10022
Tel: (212) 759-4600
Fax: (212) 486-2093

LITE DePALMA GREENBERG &
    RIVAS, LLC
Allyn Z. Lite
Bruce D. Greenberg
Alberto Rivas
Two Gateway Center, 12th Floor
Newark, NJ 07102
Tel: (973) 623-8000
Fax: (973) 623-0858

Lead Plaintiff's Co-Lead Counsel

SEYFARTH SHAW LLP

By: _____*Timothy F. Haley*_____
Timothy F. Haley
55 E. Monroe Street
Suite 4200
Chicago, IL 60603-5803
Tel.: (312) 346-8000
Fax: (312) 269-8869

ARNOLD & PORTER LLP
Stephen M. Sacks
John C. Massaro
Emily M. Pasquinelli
555 Twelfth Street, N.W.
Washington, D.C. 20004
Tel: (202) 942-5000
Fax: (202) 942-5999

*Counsel for Defendants*

SO ORDERED:

_____
U.S.D.J.

EXHIBIT A TO STIPULATION WITH
REGARD TO DISCOVERY PRIOR TO TRIAL

## May 30-31, 2000 Statements

Chris Galvin

"If you look at [the performance of] each of the individual businesses [for the first quarter of 2000] we think that the performance was quite unique and powerful."

"We targeted basically $39.8 billion [in revenues for 2000].... Earnings essentially we indicated $3.14 for the year."

"The other segments are going to continue to advance offsetting the PCS shortfall .... We promised that we would have a set of business that perform extraordinarily well...."

Doc. 151405

EXHIBIT B TO STIPULATION WITH
REGARD TO DISCOVERY PRIOR TO TRIAL

August 1, 2000 Statements

Chris Galvin:

"We are out of the restructuring phase of this company and we are into the growth phase of this company. Look at the numbers as we're going to go forward."

"For the last eight quarters, given the question that Mona asked here in the front, in the last eight quarters, we have delivered what we've said we would deliver, relative to financial performance, and we're delivering on those promises not just here to the Wall Street marketplace but also to our customers."

"We said we'd make the numbers, and we have. And we will. Bob laid them out and in fact we will."

"For those of you in the room who are investors...investors, not traders, I can't speak to the traders in this instance, but I do say that at a 21 times earnings multiple on the consensus estimates for the year 2001, Motorola is an extraordinary investment opportunity. Because we think we have one of the all time most exciting futures, we think we're positioned to do it, we have the team to get it done, and we have to reorganize the company now to break through that 25 to 30 billion dollar wall that most people seem to hit, and we think Motorola is a stock you should own and recommend to your clients to own."

Robert Growney:

"About a month ago, a group of us met to discuss some of the things we should talk about at today's meeting. We all felt that Motorola's stock was significantly undervalued and we agreed that we would say so at today's meeting."

"Motorola is a strong company and excellent business. We will deliver the overall performances expected of us. We work very hard to provide sound guidance to the investment community and we are developing a reputation for delivering on our promises. For the past eight quarters since the beginning of our restructuring program two years ago, we have delivered financial results equal to, or better than, our guidance. The rates of growth of both sales and net margin have improved substantially. In our most recent quarter, negative rumors surfaced late in the quarter and some analysts made downward adjustments in earnings estimates unnecessarily. This was unfortunate, since our guidance had not changed. Our objective is to have you feel that the best guidance comes from us."

"Following the release of the second quarter earnings, we said in our conference call that consistent with current consensus expectations, we expect to achieve earnings of $1.05 per share on approximately $39.5 billion in sales for the full year of 2000. We remain firmly committed to continue making significant investments in research & development, marketing, and advertising, and are working closely with our systems operators. As we look forward into 2001, we see enormously exciting market opportunities. We believe the present consensus estimates for 2001, earnings per share of $1.43, and sales of $47 billion, are achievable. I am confident that the new urgency and commitment led by our senior management team will drive performance excellence and enable us to translate these opportunities to the kind of profits that should make Motorola a great investment."

Gilmore:

Analyst: Regarding 3G license opportunities and getting your fair share, how aggressive are you going to be in terms of vendor financing, and analogous to the 1980s, would you consider taking equity interests on some of these licenses trying to pick some of the horses?

Gilmore: Start with the last part first. I mean, that's a dynamic in the wireless arena that we're not seeing a lot of move to right now. There might be some start-ups that might move in that direction, but I think the level of consolidation that there's been in the industry today is such that moving in that direction is not one that most of the big suppliers will think is the right direction to head. Relative to the level of financing we're prepared to do, I mean, first of all we're going to look at that in a very prudent financial way. We do feel we have a strong balance sheet we can lever in that regard. And we think we probably have the strongest balance sheet of any of our competitors. And in addition, we have off-balance sheet liquid assets that could become an advantage to us in this area through a monetization process or a collateralization process.

So we have a pretty good view of what we can do here. We're going to be prudent in this regard, but we think, as Bo put up on his chart, we think it's one of the advantages we have.