**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE MOTOROLA SECURITIES LITIGATION ) ) ) ) | 03 c 287 <br><br> Judge Rebecca R. Pallmeyer |
| BRUCE G. HOWELL, on Behalf of Himself and a Class of Persons Similarly Situated, ) ) ) ) ) | |
| Plaintiff, ) ) | Case No. 03 c 5044 <br><br> Judge Rebecca R. Pallmeyer |
| v. ) ) | |
| MOTOROLA, Inc., et al., ) ) | |
| Defendants. ) ) ) | |

**DEFENDANTS' MOTION FOR THE ISSUANCE OF A LETTER OF REQUEST TO TAKE TESTIMONY IN THE UNITED KINGDOM UNDER THE HAGUE EVIDENCE CONVENTION OR, IN THE ALTERNATIVE, TO USE PRIOR TESTIMONY AND DEPOSITIONS AS IF THEY WERE TAKEN IN THIS CASE**

Defendants Motorola, Inc., Christopher B. Galvin, Carl F. Koenemann, and Robert L. Growney ("Defendants") respectfully request that Court issue a Letter of Request under the Hague Evidence Convention to the appropriate judicial authority in the United Kingdom to enable Defendants to obtain the compelled testimony of a current Merrill Lynch International employee, Kevin Smith, and a former Merrill Lynch International employee, Sean Carney, who have information that is highly relevant to these cases. In the alternative, Defendants respectfully request that the Merrill Lynch depositions taken pursuant to a letter of request for international assistance under the Hague Evidence Convention in a prior action, *Motorola Credit*

*Corp. v. Uzan*, No. 02 Civ 0666 (JSR) (S.D.N.Y. filed Jan. 28, 2002), and the testimony taken from Ernst Kramer in a preliminary injunction hearing in the same prior action be treated as if they were taken in these proceedings.

For the reasons set forth on the accompanying Memorandum of Law in Support of Defendants' Motion for the Issuance of a Letter of Request of Take Testimony in the United Kingdom Under the Hague Evidence Convention or, in the Alternative, to Use Prior Depositions as if They Were Taken in this Case, Defendants' request must be granted. Defendants also respectfully request oral argument on their motion.

Respectfully submitted,

Dated: February 24, 2006

By    s/Ada W. Dolph
Timothy F. Haley
Ian H. Morrison
Brian M. Stolzenbach
Ada Dolph
SEYFARTH SHAW LLP
55 E. Monroe Street, Suite 4200
Chicago, IL 60603-5803
Telephone: (312) 346-8000
Facsimile: (312) 269-8869
***Local Counsel for Defendants Motorola, Inc., Christopher B. Galvin, Carl F. Koenemann, and Robert L. Growney***

Stephen M. Sacks
John C. Massaro
John D. Daley
Emily M. Pasquinelli
ARNOLD & PORTER, LLP
555 Twelfth St., N.W.
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
***Counsel for Defendants Motorola, Inc., Christopher B. Galvin, Carl F. Koenemann, and Robert L. Growney***

**Certificate of Service**

  I, Ada W. Dolph, hereby certify that on February 24, 2006, I caused a true and correct copy of the foregoing to be served via U.S. Mail to the following:

Lester L. Levy
Robert C. Finkel
James A. Harrod
WOLF POPPER, LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile (212) 486-2093

Allyn Z. Lite
Bruce D. Greenberg
Alberto Rivas
Michael E. Patunas
Susan Pontoriero
LITE DePALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

Fay Clayton
Carl Bergetz
ROBINSON CURLEY
& CLAYTON, P.C.
Suite 1700
300 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 663-3100
Facsimile: (312) 663-0303

Edwin K. Mills
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 986-5540

Robert D. Allison
ROBERT D. ALLISON &
ASSOCIATES
122 South Michigan Avenue
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

                s/Ada W. Dolph
                 Ada W. Dolph