IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | No. 03 C 00287 |
| **Motorola Securities Litigation** | Judge Pallmeyer |

### REQUEST FOR CHARITABLE DESIGNATION OF
### LAF ("LEGAL ASSISTANCE FOUNDATION")

LAF, formerly known as the Legal Assistance Foundation, respectfully requests that the Court designate LAF to receive some or all of the $334,060.60 available for *cy pres* distribution in this litigation.

Day in and day out, LAF represents the poorest and most vulnerable people in Chicago and suburban Cook County in non-criminal cases that affect their lives and well-being. When LAF prevents an unfair eviction, saves a home from foreclosure, obtains an order of protection for a survivor of domestic violence and her children, or helps a family access such basic safety-net benefits as Food Stamps or Medicaid, it gets clients back on their feet and helps them in turn support their families, their friends, and the communities they live in. Each year LAF handles more than 20,000 such cases, involving more than 55,000 individuals with nowhere else to turn.

The need for LAF's services has never been greater. Since 2008, the number of people living at or below the Federal Poverty Guidelines in Cook County has increased dramatically. Much of the increase is people who used

1

to get by from paycheck to paycheck, but who have lost their jobs and, with that loss and in rapid succession, their health insurance, their homes, their ability to put food on the table and send their children to school, and even their safety. These "newly poor" people never expected to need a handout, or a hand – and they look to LAF to help them navigate utterly unfamiliar territory.

At the same time, the recession has hit LAF's funding hard. Federal and state government grants, the Lawyers Trust Fund, and private foundations have all been battered. In the last 15 months, LAF lost $1.6 million from its main federal funder, and as a result in 2012 finally had to lay off 16 employees (nearly 10% of its workforce).

Nonetheless, our commitment to do as much as we can with the resources we have remains as strong as ever. We have centralized our operations to increase efficiency. We have created a Community Engagement Unit, whose full-time job is to form enduring relationships with the social service agencies throughout the County to whom our clients often go for help – offering staff trainings, know-your-rights presentations, and pro se advice to expand our reach. In the Dirksen Building, we operate two help desks (staffed by LAF attorneys and volunteer lawyers they recruit). One desk serves pro se litigants in the District Courts in the Northern District of Illinois, and the other helps unrepresented people in the Bankruptcy Courts of the District.

We understand that there may well be other deserving charitable organizations that will petition the Court to be considered for a *cy pres* award in this case. What distinguishes LAF is its track record of dedication to

providing high-quality legal services to people throughout the County, to whom the courts would otherwise be closed simply because they lack the means to hire or consult with an attorney.

Dated: August 1, 2012            By: *Diana C. White*

                                          Diana C. White
                                          Executive Director
                                          LAF
                                          120 S. LaSalle Street, Suite 900
                                          Chicago, IL 60603
                                          312/347-8359