IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No 03 C 00287 |
| Motorola Securities Litigation | Judge Pallmeyer |

NOTICE OF FILING

TO: All Counsel of Record

**Please take notice that** on July 31, 2012, the following document(s) were filed with the Clerk of the United States District Court.

Request for Charitable Designation of LAF ("Legal Assistance Foundation") (relates to docket entry 586, Motion to Approve Final Accounting and Make Final Disbursement).

    */s/ David S. Yen*
David S. Yen

| | |
|---|---|
| Diana C. White | David S. Yen |
| Executive Director | On behalf of LAF |
| LAF | LEGAL ASSISTANCE FOUNDATION |
| 120 S. LaSalle St, Suite 900 | 120 S. LaSalle St, Suite 900 |
| Chicago, IL 60603-3425 | Chicago, IL 60603-3425 |
| Phone: 312/347-8369 | Phone: 312/347-8372 |
| Email: dwhite@lafchicago.org | Email dyen@lafchicago.org |

**CERTIFICATE OF SERVICE**

    I hereby certify that I filed the foregoing Notice and the Motion or Documents referred to therein, with the Clerk of the United States District Court using the Court's CM/ECF system, which shall electronically serve notice of this filing on all counsel of record.

    */s/ David S. Yen*
David S. Yen