IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| **In re:** | No. 03 CV 00287 |
| **Motorola Securities Litigation** | Judge Pallmeyer |

MOTION FOR LEAVE TO FILE A
REQUEST FOR DESIGNATION OF A *CY PRES* DISTRIBUTION

In response to this Court's Order of August 29, 2012 concerning identification of charitable organizations to receive a *cy pres* distribution of residual funds, The Chicago Bar Foundation submits this motion for leave to file a request that this Court consider the Bar Foundation as an additional organization to receive a *cy pres* distribution.

The Bar Foundation's request is submitted with this motion.

Dated: September 17, 2012        CHICAGO BAR FOUNDATION

                                       By:   /s/ Wilber H. Boies, P.C.
                                                 Attorney for
                                                 The Chicago Bar Foundation

Wilber H. Boies, P.C.
Nathaniel L. Whalen
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
(312) 372-2000
Attorneys for
 The Chicago Bar Foundation

DM_US 38895031-1.099843.0013